JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| GLEN A. LARRABEE, JR., | Case No. 8:25-cv-00110-FWS-ADS |
| Plaintiff, | JUDGMENT IN FAVOR OF DEFENDANT FCA US, LLC |
| v. | |
| FCA US, LCC; and DOES 1 through 10, inclusive, | |
| Defendants. | |

///

///

///

1

**JUDGMENT**

Having considered the moving papers, opposition, and reply, the court granted Defendant's FCA US, LLC's Motion for Judgment on the Pleadings without leave to amend.  (Dkt. 29.)  The court determined that the allegations in the First Amended Complaint were insufficient to support a claim upon which relief could be granted against Defendant FCA US, LCC and that Plaintiff would not be able to cure the defects through further pleadings.  (*See generally id.*)

**IT IS HEREBY ORDERED** that Plaintiff shall take nothing and Judgment shall be entered in favor of Defendant FCA US, LLC and against Plaintiff Glen A. Larrabee Jr.

**IT IS SO ORDERED AND JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT.**

Dated:  April 7, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2

**JUDGMENT**